**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

HOWARD GUION,

Plaintiff,

v. No. 2:26-cv-01470-SMD-JHR

DANIEL DRISCOLL, Secretary of the Army, et al.,

Defendants.

## ORDER

**THIS MATTER** is before the court review of Plaintiff's service filings (Doc. 15, 17) and compliance with the Court's Order to Cure or Show Cause (Doc. 13). The Court has reviewed the filing, the record, and the relevant law and, for the reasons below, grants Plaintiff one final 14 day extension to complete service and file adequate proof for service.

## BACKGROUND

The Court previously directed Plaintiff to complete service and file proof, or show good cause for not doing so, by September 28, 2026. The Court warned of dismissal without prejudice. (Doc. 13).

Plaintiff subsequently filed documents asserting completed service. Docs. 15, 17. Those filings include a mailing receipt addressed to the Army Secretary but do not adequately establish service of the summons and Amended Complaint on the United States Attorney and Attorney General. Doc. 17's exhibit also describes service of the motion for leave to amend. Mailing that motion does not substitute for serving the summons and operative complaint.

Considering Plaintiff's attempted compliance, his pro se status, the federal service requirements, and the potential effect of dismissal on refiling, the Court grants one final extension. See *Espinoza v. United States*, 52 F.3d 838, 841–42 (10th Cir. 1995).

**IT IS THEREFORE ORDERED** that within 14 days after entry of this Order, Plaintiff must complete these steps:

1. Arrange any missing service. A person who is at least eighteen years old and is not a party must send the Court-issued summonses and Amended Complaint (Doc. 8), including its attachments, by certified or registered mail to:

- The Civil-Process Clerk, United States Attorney's Office for the District of New Mexico;
- The Attorney General of the United States in Washington, D.C.; and
- Each Defendant: the Department of the Army and the Secretary of the Army in his official capacity.

Plaintiff may not perform these service mailings himself, *but he may elect to hire a process server to ensure proper delivery*. If a summons needs to be issued or corrected, Plaintiff must promptly submit the appropriate summons form to the Clerk. Unless the Court grants Doc. 16, Doc. 8 remains the complaint to serve.

2. File proof with the Court. File the server's sworn affidavit identifying the documents sent, each recipient and address, the date, and the method of service. Attach available postal receipts and tracking records. Saying only that "appropriate federal recipients" were served is insufficient.

3. Document any service already completed. Plaintiff need not repeat proper service, but must file the proof described above for each recipient already served.

This is Plaintiff's final opportunity to comply. If Plaintiff fails to comply within 14 days, the Court will dismiss this action without prejudice without further notice. "Without prejudice" does not restart the deadline to sue. Dismissal could therefore prevent Plaintiff from bringing these claims again.

**IT IS SO ORDERED.**



**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**